AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>BOBBY WAYNE RUSSELL<br><br>*Defendant* | )<br>) Case: 1:22–mj–00194<br>) Assigned To : Magistrate Judge Meriweather, Robin M.<br>) Assign. Date : 8/23/2022<br>) Description: Complaint w/ Arrest Warrant<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    BOBBY WAYNE RUSSELL                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

Date:   08/23/2022                        2022.08.23 13:01:38 -04'00'
                                *Issuing officer's signature*

City and state:      Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/23/22, and the person was arrested on *(date)* 8/24/22
at *(city and state)* FALKVILLE, AL

Date: 8/24/22                        *[signature]*
                                *Arresting officer's signature*

                                JACOB DICK, FBI SA
                                *Printed name and title*