## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.:   1:23-cr-00029-APM-1** |
| **BOBBY WAYNE RUSSELL,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney David Perri.  AUSA David Perri will be substituting for AUSA Joe McFarlane.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ David Perri*
David J. Perri
WV Bar Number 9219
United States Attorney's Office
1125 Chapline St., Ste. 3000
Wheeling, WV 26003
(304) 234-0100

<u>**CERTIFICATE OF SERVICE**</u>

On this 3rd day of February 2023, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.

*/s/ David Perri*
David J. Perri
WV Bar Number 9219
United States Attorney's Office
1125 Chapline St., Ste. 3000
Wheeling, WV 26003
(304) 234-0100
